Page: 4 of 11  
Central Violations Bureau  
Magistrate Judge Case Pending Report  
Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG  
01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| F4872812 M5<br>6:18-PO-05065-JCL | 09/05/2018 | HENRY, SLATER D<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/06/2018<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FAJI0022 M8<br>6:17-PO-05023-JCL | 05/06/2017 | HICKS, BRUCE E<br>Removing Any Forest Product Except As Authorized BY Per | Current:<br>New: - | 09/14/2017<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB003J M5<br>6:19-PO-05007-KLD | 11/07/2018 | HOLLIS, HELENE A<br>Camping For a Period Longer Than Allowed BY The Order | Current:<br>New: - | 06/13/2019<br>Comments: | O | 105.00 | 0.00 | 105.00 |
| F5396515 M8<br>6:18-PO-05029-JCL | 06/18/2018 | HOOVER, JUSTIN P<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| F4873154 M8<br>6:17-PO-05024-JCL | 07/18/2017 | HOPFINGER, JUSTIN A<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/14/2017<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| F5164251 M8<br>6:18-PO-05066-JCL | 08/05/2018 | HOPFINGER, JUSTIN A JR<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 12/06/2018<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| F5164252 M8<br>6:18-PO-05066-JCL | 08/05/2018 | HOPFINGER, JUSTIN A JR<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/06/2018<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| FBGB002C M5<br>6:17-PO-05046-JCL | 10/15/2017 | HORNBUCKLE, NEVADA L<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FBGB002D M5<br>6:17-PO-05046-JCL | 10/15/2017 | HORNBUCKLE, NEVADA L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB001U M5<br>6:17-PO-05047-JCL | 08/20/2017 | HULL, JAMES B<br>Hunting, Trapping, Fishing, Catching, Molesting, Killin | Current:<br>New: - | 12/07/2017<br>Comments: | O | 230.00 | 0.00 | 230.00 |

1/2023  Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.

Central Violations Bureau
Magistrate Judge Case Pending Report
Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FAJD004J M5<br>6:18-PO-05002-JCL | 01/18/2018 | JAMES, FRANK L<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 04/05/2018<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| 6563052 M5<br>6:17-PO-05025-JCL | 05/28/2017 | KEEPERS, HEATHER L<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 09/14/2017<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| F5164263 M8<br>6:18-PO-05067-JCL | 08/26/2018 | KINGERY, DAVID A<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 12/06/2018<br>Comments: | O | 95.00 | 0.00 | 95.00 |
| FAJI002K M8<br>6:18-PO-05031-JCL | 05/25/2018 | KOMAMIC, LARRY L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| FAJD0043 M5<br>6:17-PO-05026-JCL | 06/10/2017 | KYLES, NOAH A<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/14/2017<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| FAJD0049 M5<br>6:17-PO-05049-JCL | 08/28/2017 | LANE, JAMES T<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 530.00 | 0.00 | 530.00 |
| F4873162 M8<br>6:18-PO-05003-JCL | 01/19/2018 | LARSON, TREVON L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 04/05/2018<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| F5362301 M8<br>6:18-PO-05032-JCL | 05/05/2018 | LARSON, TREVOR L<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 95.00 | 0.00 | 95.00 |
| FAJD0056 M5<br>6:19-PO-05009-KLD | 04/28/2019 | LECOUNT, JOSEPH W<br>Operating a Motor Vehicle in Violation of Mvum | Current:<br>New: - | 06/13/2019<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJD004A M5<br>6:17-PO-05050-JCL | 09/01/2017 | LEWIS, DAVID F<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/07/2017<br>Comments: | O | 230.00 | 0.00 | 230.00 |